**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 128 EAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| FREDRICK ROUNDS, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 16th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.